**FILED**

AUG 02 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:13-cr-00130-GEB |
| Plaintiff, | |
| v. | ORDER FOR RELEASE OF PERSON IN CUSTODY |
| VERONICA MARIE GRAY, | |
| Defendant. | |

TO UNITED STATES MARSHALL:

This Order authorizes and directs you to release VERONICA MARIE GRAY from custody.

IT IS SO ORDERED.

Dated: August 2, 2013

_____
GARLAND E. BURRELL, JR.
United States Senior District Judge

1